1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OMAR SOLORZANO, | Case No. 19-02137 EJD (PR) |
| Plaintiff, | **REFERRAL FOR RELATED CASE DETERMINATION** |
| v. | |
| RALPH DIAZ, et al., | |
| Defendants. | |

Pursuant to Northern District of California Civil Local Rule 3-12(c), this case is hereby REFERRED *sua sponte* to the Honorable Lucy H. Koh for consideration of whether the case is related to *Ruiz v. Diaz*, Case No. 19-cv-1928 LHK. The cases appear to assert the same or similar claims against the same or similar Defendants.

The Clerk shall file a copy of this order in Case No. 19-cv-1928 LHK.

**IT IS SO ORDERED.**

Dated: 5/28/2019

EDWARD J. DAVILA
United States District Judge

Referral for Related Case Determination
P:\PRO-SE\EJD\CR.19\02137Solorzano_referral.determ.docx